Lenard E. Schwartzer, Esq.
Nevada Bar No. 0399
Jason A. Imes, Esq.
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones, Suite 1
Las Vegas NV 89146
Telephone No. (702) 228-7590

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REGAL PLAZA, LLC,<br><br><br>Debtor. | Bankruptcy No. BK-S-10-26707-LBR<br><br>Chapter 11 |

### AMENDMENT COVER SHEET
**Amendments to the following are transmitted herewith. Check all that apply.**

( )    Petition (must be signed by debtor and attorney for debtor per Fed.R.Bankr.P. 9011)
( )    Summary of Schedules
( )    Schedule A - Real Property
( )    Schedule B - Personal Property
( )    Schedule C - Property Claimed as Exempt
(X)    Schedule D, E or F, and/or Matrix, and/or List of Creditors or Equity Holders
      (X)    Add/delete creditor(s), change amount or classification of debt - **$26 fee required**
      ( )    Add/change address of already listed creditor, add name/address of attorney for already listed
creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

*Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already
listed creditor

( )    Schedule G - Schedule of Executory Contracts & Expired Leases
( )    Schedule H - Codebtors
( )    Schedule I - Current Income of Individual Debtor(s)
( )    Schedule J - Current Expenditures of Individual Debtor(s)
( )    Statement of Financial Affairs
(X)    Other: *List of Creditors Holding 20 Largest Unsecured Claims*

### DECLARATION OF DEBTOR

I declare under penalty of perjury that the information set forth in the amendment attached hereto is true and correct
to the best of my information and belief.

DATED:   September 9, 2010

Delta Point, LLC, Manager of Debtor
by John Carnesale, Mgr

B6F (Official Form 6F) (12/07)

In re    Regal Plaza, LLC
_____
                    Debtor

Case No.    10-26707-lbr
                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Calply<br>4450 McGuire St<br>Las Vegas, NV 89081 | | | TI & Building Imp | | | | 2,010.56 |
| ACCOUNT NO.<br><br>Century Link<br>PO Box 3289<br>Huntington, WV 25702-028 | | | Security System | | | | 685.39 |
| ACCOUNT NO.<br><br>Checks & Balances Inc<br>2105 Idaho Falls Dr<br>Henderson NV 89044 | | | Bookkeeping | | | | 2,756.25 |
| ACCOUNT NO.<br><br>City of Las Vegas (Sewer)<br>Finance Department<br>PO Box 52794<br>Phoenix AZ 85072-2794 | | | Utilities (Sewer) | | | | 1,592.62 |

_5_   Continuation sheets attached

Subtotal  *  |$    7,044.82

Total  *  |$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Regal Plaza, LLC

                    Debtor

Case No.    10-26707-lbr

            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of LV Dept Finance<br>Business Services Div.<br>400 Stewart Ave 3rd Flr<br>Las Vegas NV 89101 | | | SID | | | | 2,013.48 |
| ACCOUNT NO.<br><br>Critical Path<br>3942 Octagon Road<br>N Las Vegas, NV 89030 | | | HPI Tenant Improvement | | | | 86,172.00 |
| ACCOUNT NO.<br><br>D & R Hydrant<br>128 Elm Street<br>Henderson NV 89015 | | | General Repairs | | | | 1,200.00 |
| ACCOUNT NO.<br><br>Fire Hydrant Services<br>3990 W Russell Rd #7<br>Las Vegas NV 89118 | | | Fire Extinguisher | | | | 535.00 |
| ACCOUNT NO.<br><br>Harmony Fire Protection Inc<br>3805 Rockbottom St<br>N Las Vegas NV 89030 | | | Fire Protection | | | | 1,989.95 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   *   $                          91,910.43

Total   *   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Regal Plaza, LLC
                            Debtor

Case No.  10-26707-lbr
                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Las Vegas Valley Water District<br>1001 S Valley View Blvd<br>Las Vegas NV 89135-0001 | | | Utilities (Water) | | | | 1,050.13 |
| ACCOUNT NO.<br><br>Nevada Underground LLC<br>3942 Octagon Road<br>North Las Vegas NV 89030 | | | Security Equipment, Fire Protection, Building Improvements, Exterior Repairs, Plumbing Supplies, Parking Lot | | | | 327,311.08 |
| ACCOUNT NO.<br><br>NextGen Integrated Solutions<br>7155 Bermuda Road #A<br>Las Vegas NV 89119 | | | Security Monitoring | | | | 178.50 |
| ACCOUNT NO.<br><br>NV Energy<br>PO Box 30086<br>Reno NV 89520-3086 | | | Utilities (Electricity) | | | | 4,672.55 |
| ACCOUNT NO.<br><br>Reno Jones LLC<br>5052 S Jones Blvd #135<br>Las Vegas NV 89118 | | | Reimbursement of water bills | | | | 1,273.27 |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  *  $            334,485.53

Total  *  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Regal Plaza, LLC**
                                  Debtor

Case No.    **10-26707-lbr**
                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Republic Services Inc <br> 770 E Sahara Ave <br> PO Box 98508 <br> Las Vegas NV 85062-8040 | | | Tenant Improvement | | | | 2,752.80 |
| ACCOUNT NO. <br><br> Ron Wolfe <br> 173 Chapel St <br> Santa Barbara CA 93111 | | | Loan | | | | 75,000.00 |
| ACCOUNT NO. <br><br> RW Mechanical <br> PO Box 40114 <br> Las Vegas NV 89140 | | | HVAC Supplies | | | | 198.71 |
| ACCOUNT NO. <br><br> Silver Lands Inc <br> 2901 S Highland Drive <br> Bldg 15, Ste A <br> Las Vegas, NV 89109 | | | Landscaping | | | | 1,770.00 |
| ACCOUNT NO. <br><br> Sklar Williams LLP <br> 8363 W Sunset Rd #300 <br> Las Vegas NV 89113 | | | Legal fees | | | | 1,624.62 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    *  $    81,346.13

Total    *  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Regal Plaza, LLC

Debtor

Case No.    10-26707-lbr

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sonitx<br>845 S Kenny Way<br>Las Vegas NV 89107 | | | HVAC Supplies | | | | 1,750.00 |
| ACCOUNT NO.<br><br>Southwest Engineering<br>3610 N Rancho Drive<br>Las Vegas NV 89130 | | | Consulting fees | | | | 308.56 |
| ACCOUNT NO.<br><br>Taylor Consultants LLC<br>5052 S Jones Blvd #135<br>Las Vegas NV 89118 | | | Loans | | | | 457,810.59 |
| ACCOUNT NO.<br><br>Tower Realty & Development LLC<br>5052 S Jones Blvd #135<br>Las Vegas NV 89103 | | | Tenant Improvements, Management Fees, Leasing Commissions, Building Improvement | | | | 172,292.59 |
| ACCOUNT NO.<br><br>Valley Improvements LLC<br>PO Box 335675<br>Las Vegas NV 89136 | | | General Repairs | | | | 100.00 |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ▶    $    632,261.74

Total    ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Regal Plaza, LLC</u>
                              Debtor

Case No.   <u>10-26707-lbr</u>
                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Window Masters** <br> **5086 W Post Road** <br> **Las Vegas NV 89118** | | | **Window Cleaning** | | | | 125.00 |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 125.00

Total ▸ | $ | 1,147,173.65

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada
### Las Vegas Division

In re  Regal Plaza, LLC _____,    Case No.  10-26707-lbr _____
                        Debtor                        Chapter  11 _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Taylor Consultants LLC<br>5052 S Jones Blvd #135<br>Las Vegas NV 89118 | | | | $457,810.59 |
| Nevada Underground LLC<br>3942 Octagon Road<br>North Las Vegas NV 89030 | | | | $327,311.08 |
| Tower Realty & Development LLC<br>5052 S Jones Blvd #135<br>Las Vegas NV 89103 | | | | $172,292.59 |
| Critical Path<br>3942 Octagon Road<br>N Las Vegas, NV 89030 | | | | $86,172.00 |
| Ron Wolfe<br>173 Chapel St<br>Santa Barbara CA 93111 | | | | $75,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Regal Plaza, LLC _____ , Case No.  10-26707-lbr _____

                                    Debtor                              Chapter   11 _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NV Energy PO Box 30086 Reno NV 89520-3086 | | | | $4,672.55 |
| Checks & Balances Inc 2105 Idaho Falls Dr Henderson NV 89044 | | | | $2,756.25 |
| Republic Services Inc 770 E Sahara Ave PO Box 98508 Las Vegas NV 85062-8040 | | | | $2,752.80 |
| City of LV Dept Finance Business Services Div. 400 Stewart Ave 3rd Flr Las Vegas NV 89101 | | | | $2,013.48 |
| Calply 4450 McGuire St Las Vegas, NV 89081 | | | | $2,010.56 |
| Harmony Fire Protection Inc 3805 Rockbottom St N Las Vegas NV 89030 | | | | $1,989.95 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Regal Plaza, LLC _____ ,  Case No.  10-26707-lbr _____

Debtor                                                          Chapter  11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Silver Lands Inc 2901 S Highland Drive Bldg 16, Ste A Las Vegas, NV 89109 | | | | $1,770.00 |
| Sonitx 845 S Kenny Way Las Vegas NV 89107 | | | | $1,750.00 |
| Sklar Williams LLP 8363 W Sunset Rd #300 Las Vegas NV 89113 | | | | $1,624.62 |
| City of Las Vegas (Sewer) Finance Department PO Box 52794 Phoenix AZ 85072-2794 | | | | $1,592.62 |
| Reno Jones LLC 5052 S Jones Blvd #135 Las Vegas NV 89118 | | | | $1,273.27 |
| D & R Hydrant 128 Elm Street Henderson NV 89015 | | | | $1,200.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Regal Plaza, LLC _____ ,    Case No.  10-26707-lbr _____
                                    Debtor
                                                        Chapter  11 _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Las Vegas Valley Water District<br>1001 S Valley View Blvd<br>Las Vegas NV 89135-0001 | | | | $1,050.13 |
| Century Link<br>PO Box 3289<br>Huntington, WV 25702-028 | | | | $685.39 |
| Fire Hydrant Services<br>3990 W Russell Rd #7<br>Las Vegas NV 89118 | | | | $535.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Delta Point, L.L.C., Manager, by John Carnesale, Mgr of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  September 9, 2010          Signature: _____

Delta Point, L.L.C., Manager ,by John Carnesale, Mgr
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.