Lenard E. Schwartzer
Nevada Bar No. 0399
Emelia L. Allen
Nevada Bar No. 11898
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>REGAL PLAZA, LLC,<br><br>                Debtor. | Case No. BK-S-10-26707 BTB<br>Chapter 11<br><br>Old Hearing Date:  June 2, 2011<br>Old Hearing Time: 9:30 a.m.<br><br>**New Hearing Date:  August 10, 2011**<br>**New Hearing Time: 9:30 a.m.** |

**STIPULATION RE CONTINUANCE OF HEARINGS OF**
**(A) MOTION FOR ORDER: (1) APPROVING ADEQUACY OF DISCLOSURES IN**
**PROPOSED DISCLOSURE STATEMENT AND (2) SETTING A CONFIRMATION**
**HEARING,  RECORD DATE AND DEADLINES FOR BALLOTING AND OPPOSITIONS**
**TO CONFIRMATION [DOCKET 45]; AND**
**(B) MOTION TO ESTABLISH VALUES OF SHOPPING CENTER FOR PURPOSES OF**
**PLAN REORGANIZATION [DOCKET 55]**

IT IS HEREBY STIPULATED by and between Regal Plaza, LLC ("Debtor") and Nevada

State Bank ("NSB"), by and through their respective counsel, that the hearings concerning

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    (A) the Debtor's Motion For Order: (1) Approving Adequacy Of Disclosures In

2        Proposed Disclosure Statement, And (2) Setting A Confirmation  Hearing,

3        Record Date And Deadlines For Balloting And Opposition To Confirmation

4        [Docket 45]; and

5    (B) the Debtor's Motion To Establish Values Of Shopping Center For Purposes Of

6        Plan Reorganization [Docket 55]

7  be continued from June 2, 2011 to August 10, 2011 at 9:30 a.m.

8

9  Dated this 31st day of May, 2011.                    Dated this 31st day of May, 2011.

10

11   */s/   Lenard E. Schwartzer*                          */s/    Brigid M. Higgins*
   Lenard E. Schwartzer, Esq.                          Brigid M. Higgins, Esq.
   Schwartzer & McPherson Law Firm                     Gordon Silver
12 2850 South Jones Boulevard, Suite 1                 3960 Howard Hughes Pkwy., 9th Floor
13 Las Vegas, Nevada  89146-5308                       Las Vegas, NV 89169
   *Attorneys for Debtor and Debtor in Possession*     *Attorneys for Nevada State Bank*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28