

**Entered on Docket**
**July 06, 2011**

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | |
| ) | Case No.: BK-S-10-26707-BTB |
| REGAL PLAZA, LLC, ) | Chapter 11 |
| ) | |
| ) | **OLD** |
| ) | Hearing Date: August 10, 2011 |
| Debtor(s). ) | Hearing Time: 9:30 a.m. |
| ) | **NEW** |
| ) | Hearing Date: September 21, 2011 |
| ) | Hearing Time: 9:30 a.m. |
| ) | |

**ORDER CONTINUING EVIDENTIARY HEARING**

IT IS ORDERED that the evidentiary hearing currently scheduled for August 10, 2011 at 9:30 a.m. is continued to September 21, 2011 at 9:30 a.m.

Copies noticed through ECF to:

    EMELIA L ALLEN on behalf of Debtor REGAL PLAZA, LLC
    bkfilings@s-mlaw.com

    JEFFREY R. HALL on behalf of Creditor Calply Door Systems
    jhall@hutchlegal.com, kthompson@hutchlegal.com

    GABRIELLE A. HAMM on behalf of Creditor NEVADA STATE BANK
    bknotices@gordonsilver.com;bankruptcynotices@gordonsilver.com

    BRIGID M. HIGGINS on behalf of Creditor NEVADA STATE BANK
    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

    BECKY A PINTAR on behalf of Creditor Silver Lands Inc
    bpintar@gglt.com, bpintar2@cox.net

1  LENARD E. SCHWARTZER on behalf of Debtor REGAL PLAZA, LLC
   bkfilings@s-mlaw.com
2
   U.S. TRUSTEE - LV - 11, USTPRegion17.lv.ecf@usdoj.gov
3

4                                    # # #