**Entered on Docket**
**September 08, 2011**

_Bruce T. Beesley_
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-10-26707 BTB |
| REGAL PLAZA, LLC, | Chapter 11 |
| Debtor. | **CONDITIONAL ORDER OF DISMISSAL OF CHAPTER 11 CASE** |
| | Hearing Date:   September 6, 2011<br>Hearing Time:   1:30 p.m. |

This matter having come before this Court for a hearing of the Motion to Dismiss Chapter 11 Case (the "Motion"), Lenard E. Schwartzer, Esq., of the law firm of Schwartzer & McPherson Law Firm appearing on behalf of REGAL PLAZA, LLC ("Debtor") and Brigid M. Higgins, Esq. of Gordon Silver appearing on behalf of creditor NEVADA STATE BANK ("Bank"), and no other parties appearing or having filed an objection to the Motion, the Debtor and the Bank having reached an agreement as stated in the Motion (the "Settlement Agreement"), the Court having considered the proposed settlement and the dismissal of this case, and good cause appearing,

IT IS HEREBY ORDERED THAT this case is conditionally dismissed.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    IT IS HEREBY FURTHER ORDERED THAT, upon the deposit of $5,500,000 in escrow

2 with a Nevada licensed escrow company, the deposit of fully executed tri-party escrow

3 instructions attached as Exhibit "B" to the Settlement by and among, the Debtor, the Bank and

4 5831 W. Craig, LLC ("5831"),  the deposit of mutual releases attached as Exhibits "C," "D," and

5 "E" to the Settlement executed by the Bank, the Debtor and the guarantors of the Debtor's debt to

6 the Bank with said escrow,  and the deposit of that portion of the operating cash of the Debtor

7 equal to One Hundred Seventy-Five Thousand Dollars ($175,00.00) with said escrow

8 (collectively, the "Final Dismissal Conditions"), the Debtor and the Bank shall cause to be lodged

9 with this Court a Final Order of Dismissal in the form attached to the Settlement as Exhibit "F"

10 and this Court will immediately enter such order.

11    IT IS HEREBY FURTHER ORDERED THAT, to the extent Debtor fails to satisfy the

12 Final Dismissal Conditions by September 13, 2011, this Conditional Order of Dismissal shall be

13 void and have no further force and effect and the parties will present evidence at the hearing

14 scheduled for September 21, 2011.

15 SUBMITTED BY:

16

17 By: /s/ Lenard E. Schwartzer
    Lenard E. Schwartzer, Esq.

18 The Schwartzer & McPherson Law Firm
    2850 South Jones Blvd., Suite 1

19 Las Vegas, Nevada 89146
    *Attorneys for Debtor*

20

21 APPROVED/~~DISAPPROVED~~:

22

23 By: /s/  Brigid M. Higgins
    Brigid M. Higgins, Esq,

24 Gordon Silver
    3960 Howard Hughes Pkwy., Ninth Floor

25 Las Vegas, NV 89169
    *Attorneys for Nevada State Bank*

26

27

28

**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_    The court has waived the requirement of approval under LR 9021.

\_\_\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  X    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Brigid M. Higgins, Esq,                                         APPROVED
Gordon Silver
3960 Howard Hughes Pkwy., Ninth Floor
Las Vegas, NV 89169
*Attorneys for Nevada State Bank*

\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

/s/   Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.

# # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122